## La Verne A. Libretti, Plaintiff-Appellee, v. John L. Libretti, Defendant-Appellant.

Gen. No. 48,274.

First District, Second Division.

April 18, 1961.

Edward F. Vyzral and Herman R. Tavins, of Chicago, for appellant; John D. Vosnos, of Chicago, for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**